

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2015

No. 04-14-00606-CV

**ARGO GROUP US, INC**., Colony Management Services, Inc., Colony Insurance Company, Colony National Insurance Company, Colony Specialty Insurance Company, Colony Agency Services, Inc., and Argo Group International Holdings, Ltd.,
Appellants

v.

Louis D. **LEVINSON**, International Financial Group, Inc., Guilford Specialty Group, Inc., Guilford Insurance Company, and The Burlington Insurance Company,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-09550
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Patricia O. Alvarez, Justice

On January 29, 2015, appellants filed a Motion for Rehearing. The court is requesting a response pursuant to Texas Rule of Appellate Procedure 49.2. It is therefore ORDERED that, if appellees wish to file a response, they must do so **no later than March 11, 2015**. TEX. R. APP. P. 49.2.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court